UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
LAMAR BROWN, on behalf of himself and   :
all others similarly situated
:
                                 Plaintiff,     :               23-CV-1571 (VSB)
:
                            -against-          :               **ORDER**
:
THE MICK'S IN COOPERSTOWN, INC.,       :
:
                                Defendant.   :
-------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. (Doc. 6.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge